IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kipniss, Ralph K

Printed: 12/28/07

Case Number: 07 B 10548
Judge: Hollis, Pamela S
Filed: 6/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,630.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,630.00 |
| Totals: | 1,630.00 | 1,630.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 30,000.00 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 636.25 | 0.00 |
| 4. | Capital One | Unsecured | 478.26 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 4,170.81 | 0.00 |
| 6. | Swedish Covenant Hospital | Unsecured | 1,142.68 | 0.00 |
| 7. | J C Penney Credit Services | Unsecured | 99.31 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 2,785.05 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 512.12 | 0.00 |
| 10. | Golden Eagle Credit Corp. | Unsecured | 527.12 | 0.00 |
| 11. | Capital One | Unsecured | 1,095.09 | 0.00 |
| 12. | Pinnacle Fincial Group Inc | Unsecured |  | No Claim Filed |
| 13. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 14. | J. Khatwani | Unsecured |  | No Claim Filed |
| 15. | Collection | Unsecured |  | No Claim Filed |
| 16. | MCI | Unsecured |  | No Claim Filed |
| 17. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,446.69 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kipniss, Ralph K | Case Number:  07 B 10548 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  6/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

